STATE v. LITTLE

No. 31.

Case below: 13 N.C. App. 228.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 February 1972.